JOSEPH LAGACE, by Guardian ad Litem, Respondent, *v.* TROY
WASTE MANUFACTURING COMPANY, Appellant.

(Submitted December 6, 1897; decided January 11, 1898.)

MOTION for reargument. (See 154 N. Y. 758.)

*Edward W. Douglas* for motion.

*Mark Cohn* opposed.

*Per Curiam.* This motion for a reargument is based upon
the grounds which appellant urges must have been overlooked,
viz., the plaintiff's contributory negligence, and the law of
obvious risk.

We gave the case originally a very careful examination,
upon both the facts and the law, but we have again gone over
it, in view of the very urgent and able briefs submitted by
the learned counsel for the appellant. There is great force in
the argument that the verdict was against the decided weight
of evidence, and relief might very properly have been
afforded to the defendant by the trial judge, or at the Appel-
late Division, but we are without jurisdiction to deal with this
situation.

We are unable to say that there were any legal errors com-
mitted which would justify a reversal of the judgment.

The motion for a reargument should be denied, but without
costs.

All concur.

Motion denied.